UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 059

In Re:

LOUIS A. GENCARELLI, SR.,
Debtor

Chapter 11
Case No.: 04-10682

NOTICE OF APPEAL

Notice is hereby given that Debtor, Louis A. Gencarelli, Sr. ("Gencarelli"), by and through counsel, hereby appeals to the United State District Court for the District of Rhode Island from that certain Order Granting Motion For Minimum Distribution, entered by Vololato, J., and dated January 29, 2007, Document No.: 468, in favor of Creditors, 1800 Smith Street Associates, LP and 1500 Mineral Spring Associates, LP (collectively, the "Creditors"), and against Gencarelli, upon the Creditors' motion for minimum distribution of funds in accordance with Judge Torres' so-called Remand Order, dated November 8, 2006. A copy of the United States Bankruptcy Court for the District of Rhode Island's January 29th Order is appended hereto for the Court's convenience.

Respectfully submitted,

Louis A. Gencarelli, Sr.

By his Attorneys,

/s/ Christopher M. Mulhearn
Joseph P. Ferrucci (#4231)
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, 4th Floor
Providence, RI 02903
Tel.: (401) 455-1000
Fax: (401) 445-7778

Dated: February 7, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the within was served on the following via e-mail on or via this 7th day of February, 2007:

Leonard DePasquale – ustpregion01.pr.ecf@usdoj.gov
Robert D. Wieck - rwieck@mandwlaw.com
Denean M. Russo - drusso@mandwlaw.com

/s/ Christopher M. Mulhearn