***UNITED STATES BANKRUPTCY COURT***
***FOR THE DISTRICT OF RHODE ISLAND***
***380 Westminster Street, 6th Floor***
***Providence, RI 02903***
***www.rib.uscourts.gov***
***(401)626-3100***

---

**Louis A. Gencarelli Sr.**

Debtor(s)

BK No. **1:04-bk-10682**

Chapter **11**

Judge: **Arthur N. Votolato**

---

# JUDGMENT ORDER

Pursuant to the order entered this date, judgment is hereby entered regarding;

**[468] Order Granting Motion For Distribution of the Minimum Amount of Funds as Payment of Their Respective Claims**

Judgment #: 1:04–bk–10682 – 475 – 468

Susan M. Thurston
Clerk, US Bankruptcy Court

Entered on Docket: **2/8/07**
Document Number: ***475 - 468***

By: **JLD**
Deputy Clerk

judgement.jsp #404