UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

**APPEAL COVER SHEET**

1. BK. # 04-10682 [CA] #

2. Title of Bankruptcy Case Louis A. Gencarelli, Sr.

3. Appellant: Louis A. Gencarelli, Sr.

   Name & Address of Counsel for Appellant(s):

   Christopher Mulhearn, Esq. Joseph P. Ferrucci, Esq.
   Ferrucci Russo PC
   55 Pine Street 4th Floor, Providence, RI 02903

4. Appellee: 1500 Mineral Spring Associates LP, 1800 Smith Street Associates LP, by and through their general partner Jason's Realty Corp.

   Name & Address of Counsel for Appellee(s):

   Denean M. Russo, Esq.
   MacAdams Wieck DeLuca & Gemma Inc.
   101 Dyer Street, Suite 400, Providence, RI 02903

5. Additional Counsel: Leonard J. DePasquale, AUST
   Office of the U. S. Trustee
   10 Dorrance Street, Providence, RI 02903

6. Related Case(s) on Appeal: Yes______ No XXXX

7. Special Comments: **Other appeals filed in District Court**
   **(C.A. Nos. 04-496; 05-009; 05-010; 05-39; 05-257;05-284)**