UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 059

- - - - - - - - - - - - - - - - -*
In re: :

Louis A. Gencarelli, Sr. :
Debtor(s)
:

- - - - - - - - - - - - - - - - -*

BK No. 04-10682
Chapter 11

**TO: CLERK, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Transmitted herewith is:

**XXXX** Appeal Coversheet

**XXXX** The Notice of Appeal and Appellant's Election Form

**XXXX** Copy of Bankruptcy Court Order and Judgment dated 1/29/07 AND 2/8/07

**XXXX** Certified Copy of docket.

____ Other________________________________________

Pursuant to Fed. R. Bankr. P. 8006, the Appellant's Designation of Record and Statement of Issues on Appeal is due on 2/20/07. The Appellee's Designation of Record and Statement of Issues on Appeal is due 10 days thereafter. See Fed. R. Bankr. P. 8006. Pursuant to Fed. R. Bankr. P. 8007, if a transcript is ordered by either party, the reporter has 30 days to complete the request unless a further extension is requested.

When the record is complete, it will be forwarded to the District Court.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 2/8/07

By: jld
Deputy Clerk