**R.I. Bankr. Form S**
***See* R.I. LBR 8001-1**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Louis A. Gencarelli, Sr.

Debtor(s)

BK No. 04-10682
Chapter 11

## APPELLANT ELECTION FORM

Appeal of Order or Judgment of U.S. Bankruptcy Court, District of Rhode Island dated January 29, 2007, Doc. No. 468.

| APPELLANT(S) | APPELLEE(S) |
|---|---|
| **Louis A. Gencarelli, Sr.** | **1800 Spring Street Associates, LP**<br>**1500 Mineral Spring Associates, LP** |
| **Joseph P. Ferrucci (#4231)**<br>**Christopher M. Mulhearn (#5188)** | **Robert D. Wieck, Esq.**<br>**Denean M. Russo, Esq.** |
| Attorney<br>(Firm Name, Address, and Telephone No.)<br>Ferrucci Russo, P.C.<br>55 Pine Street, 4th Floor<br>Providence, RI 02903<br>(401) 455-1000 | Attorney (If known)<br>MacAdams, Wieck, DeLuca & Gemma, Inc.<br>101 Dyer Street, Suite 400<br>Providence, RI 02903<br>(401) 454-8700 |

☐ I ELECT TO HAVE THIS APPEAL HEARD BY THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT

☑ I ELECT TO OPT OUT OF THE BANKRUPTCY APPELLATE PANEL FOR THE FIRST CIRCUIT AND REQUEST THAT THIS APPEAL BE HEARD BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

By: /s/ Christopher M. Mulhearn (#5188) Dated: February 7, 2007
Signature of Attorney (or Appellant, if pro se)