Form C

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Louis A. Gencarelli, Sr. | BK No. 04-10682 |
| Debtor(s) | Chapter 11 |
| | C.A. No. 07-0059T-LDA |

# Notice of Transmission of Record on Appeal

Please be advised on this date the Appeal in this case from the order dated January 29, 2007 , was forwarded to the U.S. District Court, District of Rhode Island.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 4/19/07

By: HAD
Deputy Clerk

Form E

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In re: Louis A. Gencarelli, Sr. | |
| Debtor(s) | BK No. 04-10682<br>Chapter 11 |
| | C.A. No. 07-0059-T-LDA |

**CLERK'S CERTIFICATE**

I, Susan M. Thurston, Clerk of the United States Bankruptcy Court for the District of Rhode Island, do hereby certify that the enclosed contains copies of all the original papers in the file dealing with the action or proceedings in which the appeal is taken as set forth in the Designation of Record.

Witness my hand and the Seal of said Court at Providence in said District, the 19th Day of April A.D. 2007.

Susan M. Thurston
Clerk, US Bankruptcy Court

Dated: 4/19/07

By: [signature]

Attest a True Copy
Susan M. Thurston
Clerk
By [signature]
Deputy Clerk