UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Louis A. Gencarelli, Sr.

Louis A. Gencarelli, Sr.,
Appellant

v. CA07-59T-LDA

1500 Mineral Spring
Associates, LP, et al.,
Appellees

**ORDER REGARDING BRIEFING SCHEDULE**

The parties shall file briefs in accordance with the schedule set forth in Rule 8009(a) of the Federal Rules of Bankruptcy Procedure and appendices to their briefs as described in Rule 8009(b).

Briefs shall be in the form prescribed by Rule 8010 except that initial briefs shall not exceed 20 pages and reply briefs shall not exceed 10 pages.

Two copies of each brief shall be filed along with the original.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: May 1, 2007

bankruptcybriefingschedule.ord